```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 06-710 |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 08-1532 |
| | : | |
| CHRISTOPHER YOUNG | : | |

### O R D E R

**AND NOW,** this **15th** day of **August, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) The petition titled "Verified Petition for Writ of Habeas Corpus Ad Subjiciendum the 'Great Writ'" (ECF No. 1) is construed as a § 2255 motion and **DENIED** and **DISMISSED with prejudice** and a certificate of appealability shall not issue.

(2) **IT IS FURTHER ORDERED** that the Clerk shall mark these actions closed.

(3) Counsel for the Government shall contact the U.S. Probation Office to determine Petitioner's current address and serve a copy of this Order and the accompanying Memorandum by Certified Mail on Petitioner at that address.

**AND IT IS SO ORDERED.**

                                                s/Eduardo C. Robreno
                                     **EDUARDO C. ROBRENO, J.**